IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3129 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MICHAEL LEE BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The plaintiff's unopposed motion to continue sentencing (filing 51) is granted.

(2)  Defendant Butler's sentencing is continued to Tuesday, October 19, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 9, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge